FILED
U.S. DISTRICT COURT
␣␣␣␣␣␣␣␣ IV.
2011 NOV 10 PM 5: 33
CLERK_____
SO. DIST. OF GA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JUNIOUS C. MORGAN,

    Petitioner,

vs.      CIVIL ACTION NO.: CV211-105

ANTHONY HAYNES, Warden,

    Respondent.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Petitioner Junious Morgan ("Morgan") states that his current conviction violates the double jeopardy clause of the Constitution. Morgan contends that he should receive credit for time he has served on a previous occasion.

As the Magistrate Judge noted, Morgan does not satisfy the savings clause of 28 U.S.C. § 2255, and thus, cannot proceed under 28 U.S.C. § 2241. Despite Morgan's characterization, he is not requesting credit for time served; rather, Morgan attacks his conviction.

Morgan's Objections are **overruled.** The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Respondent's Motion to Dismiss is **GRANTED.** Morgan's petition for writ of habeas corpus, filed pursuant to 28

U.S.C. § 2241, is **DISMISSED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 10 day of November, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA